IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE f/k/a JTH TAX INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-1234-K |
| | § | |
| PATRICK PEREZ, CHRISTOPHER PEREZ, and PEREZ & ASSOCIATES, INC. d/b/a AJP INSURANCE & TAX SERVICES, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore GRANTS IN PART and DENIES IN PART Plaintiff JTH Tax LLC d/b/a Liberty Tax Service f/k/a JTH Tax, Inc.'s motion for default judgment [Dkt. No. 12] and REFERS the issues of damages and injunctive relief to the magistrate judge for further recommendation.

SO ORDERED.

Signed September 14th, 2026.

Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE